No. 74–1623. SLONE ET AL. *v.* DESKINS BRANCH COAL Co. ET AL. Appeal from D. C. E. D. Ky. affirmed.

No. 75–713. GERSTEIN ET AL. *v.* COE ET AL. Affirmed on appeal from C. A. 5th Cir. *Planned Parenthood of Central Missouri* v. *Danforth, ante,* p. 52.

No. 75–772. FRANKLIN ET AL. *v.* FITZPATRICK, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL. Affirmed on appeal from D. C. E. D. Pa. *Planned Parenthood of Central Missouri* v. *Danforth, ante,* p. 52.

No. 75–709. BEAL, SECRETARY OF WELFARE OF PENNSYLVANIA, ET AL. *v.* FRANKLIN ET AL. Appeal from D. C. E. D. Pa. Judgment vacated and case remanded for further consideration in light of *Planned Parenthood of Central Missouri* v. *Danforth, ante,* p. 52, *Singleton* v. *Wulff, ante,* p. 106, and *Virginia State Board of Pharmacy* v. *Virginia Citizens Consumer Council,* 425 U. S. 748. MR. JUSTICE STEWART and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.